```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

U.S. SECURITIES AND EXCHANGE       :    CIVIL ACTION
COMMISSION,                        :    NO. 16-5176
                                   :
         Plaintiff,                :
                                   :
     v.                            :
                                   :
LOUIS T. BUONOCORE,                :
JEREMY R. DRAPER,                  :
FRANK J. MORELLI, III,             :
BERARDINO "DINO" PAOLUCCI, JR.,    :
and DON L. ROSE,                   :
                                   :
         Defendants.               :
```

## O R D E R

**AND NOW**, this **20th** day of **October, 2016,** upon consideration of Plaintiff's Unopposed Motion to Enter Judgments by Consent as to Certain Defendants (ECF No. 5), it is hereby **ORDERED** that the motion is **GRANTED**.

**AND IT IS SO ORDERED.**

                          **/s/ Eduardo C. Robreno**
                          **EDUARDO C. ROBRENO,      J.**