# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 -- the (date) -- *le (date)* DECEMBER 12, 2016
 -- at (place, street, number) - *à (localité, rue, numéro)*
 7669 KIMBEL ST. MISSISSAUGA, ON

 -- in one of the following methods authorized by article 5:
 -- *dans une des formes suivantes prévues à l'article 5:*

 [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
 a) *selon les formes légales (article 5. alinéa premier, lettre a)*

 [ ] (b) in accordance with the following particular method:
 b) *selon la forme particulière suivante:*

 ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily.*~~
 ~~c) *par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

 - (identity and description of person)
 - *(Identité et qualité de la personne)*
 "DINO" PAOLUCCI JR.

 - relationship to the addressee family, business or other
 - *liens de parenté de subordination ou autres avec le destinataire de l'acte:* PERSONAL SERVICE. CLAIMS BERARDINO IS NOT HIM HOWEVER SHOWED ME HIS DRIVERS LICENSE AND IT READ DINO PAOLUCCI

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
AS PER REQUEST

Done at BRAMPTON, ON , the 14th DECEMBER 20
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*
M. Yates

## Certificate of Service

I hereby certify that, on December 23, 2016, I caused a copy of the foregoing document to be served on the following persons, by UPS overnight delivery:

Louis T. Buonocore
c/o Christopher Bruno, Esq.
Bruno & Degenhard, P.C.
10615 Judicial Drive, #703
Fairfax, Virginia 22030

Don L. Rose
5 Groton Drive
Port Jefferson Station
New York, NY 11776

Jeremy Draper
c/o Roland G. Riopelle, Esq.
Sercarz & Riopelle, LLP
810 Seventh Avenue, Suite 620
New York, New York 10019

Frank J. Morelli, III
c/o Robert Welsh, Esq.
Welsh & Recker, P.C.
2000 Market Street, #2903
Philadelphia, Pennsylvania 19103

Berardino Paolucci, Jr.
D&R Technology
7669 Kimbel Street
Mississauga, Ontario L5S,1A7 Canada

Berardino Paolucci, Jr.
25 Ben Machree Drive
Mississauga, Ontario L5H 2S2 Canada

/s/Daniel J. Hayes
Daniel J. Hayes (IL Bar No. 6243089)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 W. Jackson Blvd., Suite 900
Chicago, Illinois 60604
(312) 353-3370