# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS T. BUONOCORE, ET AL.<br><br>    Defendants. | Case No. 2:16-cv-05176-ER |

### DECLARATION OF CRAIG L. McSHANE IN SUPPORT OF PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR DEFAULT JUDGEMENT AGAINST DEFENDANT DON L. ROSE

1. I, Craig L. McShane, am a Staff Accountant with the Enforcement Division of the United States Securities and Exchange Commission ("SEC") in its Chicago Regional Office. I have been employed by the SEC since October 2014. My duties include participating in fact-finding inquiries and investigations to determine whether the federal securities laws have been, are presently being, or are about to be violated, and assisting in the SEC's litigation of enforcement actions.

2. I received a BA degree from the University of Chicago and an MBA degree from Saint Xavier University. Prior to joining the SEC, I worked for nine years in the financial industry.

3. In connection with the SEC's investigation in this matter, I have reviewed, among other things, the following documents and information:

1

    a. Trading and brokerage records of accounts controlled by the Defendants identified in the SEC's complaint;

    b. Bank account statements of accounts controlled by the Defendants identified in the SEC's complaint;

    c. Documents produced by the Defendants identified in the SEC's complaint relating to the purchase, sale, and operations of Ecoland International, Inc. ("Ecoland"), now known as Novus Robotics, Inc. ("Novus"), a penny stock company incorporated in Nevada and based in Mississauga, Ontario, Canada; and

    d. Documents produced by the transfer agent for Ecoland/Novus relating to the transfers and sales of Ecoland stock.

4. In addition to reviewing these documents, I also took part in several interviews with three of the defendants – Defendants Buonocore, Morelli, and Draper – in which the defendants helped to identify the uses of funds obtained from the sale of Ecoland stock.

5. In connection with my work on this matter, I have been asked to review, analyze, and summarize financial information relating to the Defendants' sale of Ecoland stock and the distribution of the resulting proceeds amongst the Defendants. Based upon this work, I have prepared summary exhibits that set forth the basis of the Commission's proposed disgorgement and prejudgment interest calculations.

6. Based on my review and analysis of the documents, and my participation in interviews with Defendants Buonocore, Morelli, and Draper, I am informed and declare as follows:

7. Between September 30, 2011 and December 31, 2012, the Defendants sold Ecoland stock through at least two brokerage accounts under their control, including a brokerage

account in the name of Global Media Fund International ("Global Media") at a broker-dealer named Spencer Edwards Inc. ("Spencer Edwards") and through an account in the name of Crimson Marketing, Inc. ("Crimson Marketing") at a (now defunct) off-shore broker-dealer named Clearwater Securities located in Belize. Both brokerage accounts were controlled by co-defendant Don L. Rose ("Rose").

8. All proceeds from the sale of Ecoland stock in the Global Media account at Spencer Edwards (less fees) were transferred to a cash bank account ending in 1539 in the name of Global Media at JP Morgan Chase Bank, also controlled by Rose.

9. Proceeds from the sale of Ecoland stock in the Clearwater Securities account were transferred to the following three bank accounts:

   a. The Global Media Chase Bank account controlled by Rose;

   b. A bank account in the name of Praetorian Investments, LLC, ("Praetorian Investments") (account number ending in 5560) controlled by Morelli at Wells Fargo Bank.

   c. A bank account in the name of Bay State Financial Services ("Bay State Citizen's Bank") (account number ending in 195-4), controlled by Buonocore at RBS Citizen's Bank.

10. Between September 30, 2011 and December 31, 2012, the Chase Global Media account received $2,276,249.56 (See Exhibit 1) from the sale of Ecoland securities. $1,240,389.90 was transferred from the Global Media account at Spencer Edwards and $1,035,859.66 was transferred from the Crimson Marketing account at Clearwater Securities.

11. Rose paid $397,200 (*id.*) towards the purchase price of the Ecoland shell from the Global Media Chase account. Rose received $100,000 from Buonocore and $70,000 from Morelli for the purchase of the Ecoland shell. The remaining balance was paid by Rose.

12. Rose transferred a total of $1,134,800 (*id.*) directly to Paolucci, Buonocore, Morelli, and Draper or their nominees. Specifically, Rose transferred $692,800 to Buonocore or his nominees, $87,000 to Morelli or his nominees, $340,000 to Paolucci or his nominees, and $15,000 to Draper or his nominees.

13. Following the payments for the purchase of the Ecoland shell and the distributions to his co-defendants, Rose kept $914,249.56 (*id.*) in profits from the sale of Ecoland securities.

14. I have calculated a pre-judgement interest total of $138,568.41(See Exhibit 2) applicable to the net profit of $914,249.56 obtained by Rose. I calculated this pre-judgement interest by applying the interest rate, adjusted quarterly, used by the Internal Revenue Service for computation of interest on underpayment of taxes. Interest was compounded quarterly, beginning on May 11, 2012, the midpoint of all deposits of Ecoland profits into the Chase Global Media account.

15. As of the date of this filing, Rose has not responded to interrogatories and document requests from the SEC issued on July 10, 2017, nor filed an Answer to the SEC's Complaint.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 15, 2017.

_____
Craig L. McShane

# EXHIBIT 1

| Exhibit 1 | | | |
|---|---|---|---|
| Source and Use | | | |
| Ecoland Trading Profits Deposited to Rose's Global Media Chase Account Ending in 1539 | | | |
| Category | Description | Sub-total | Total |
| Trading Profits | | | $ 2,276,249.56 |
| | from Spencer Edwards Account | $ 1,240,389.90 | |
| | from Clearwater Securities Account | $ 1,035,859.66 | |
| Payments from Co-Defendants for the Purchase of Ecoland Shell | | | $ 170,000.00 |
| | from Buonocore | $ 100,000.00 | |
| | from Morelli | $ 70,000.00 | |
| Total Sources | | | $ 2,446,249.56 |
| Payments for the Purchase of Ecoland Shell | | | $ 397,200.00 |
| Transfers to Co-Defendants | | | $ 1,134,800.00 |
| | Buonocore or Nominees | $ 692,800.00 | |
| | Paolucci or Nominees | $ 340,000.00 | |
| | Morelli or Nominees | $ 87,000.00 | |
| | Draper or Nominees | $ 15,000.00 | |
| Remaining Balance Kept by Rose | | | $ 914,249.56 |
| Total Uses | | | $ 2,446,249.56 |

# EXHIBIT 2

Case 2:16-cv-05176-ER   Document 58-2   Filed 08/05/17   Page 8 of 9



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

### Rose Pre-Judgement Interest Calculation

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $914,249.56 |
| 06/01/2012-06/30/2012 | 3% | 0.25% | $2,248.15 | $916,497.71 |
| 07/01/2012-09/30/2012 | 3% | 0.75% | $6,911.29 | $923,409.00 |
| 10/01/2012-12/31/2012 | 3% | 0.75% | $6,963.41 | $930,372.41 |
| 01/01/2013-03/31/2013 | 3% | 0.74% | $6,882.21 | $937,254.62 |
| 04/01/2013-06/30/2013 | 3% | 0.75% | $7,010.15 | $944,264.77 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $7,140.19 | $951,404.96 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $7,194.19 | $958,599.15 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $7,091.01 | $965,690.16 |
| 04/01/2014-06/30/2014 | 3% | 0.75% | $7,222.83 | $972,912.99 |
| 07/01/2014-09/30/2014 | 3% | 0.76% | $7,356.82 | $980,269.81 |
| 10/01/2014-12/31/2014 | 3% | 0.76% | $7,412.45 | $987,682.26 |
| 01/01/2015-03/31/2015 | 3% | 0.74% | $7,306.14 | $994,988.40 |
| 04/01/2015-06/30/2015 | 3% | 0.75% | $7,441.97 | $1,002,430.37 |
| 07/01/2015-09/30/2015 | 3% | 0.76% | $7,580.02 | $1,010,010.39 |
| 10/01/2015-12/31/2015 | 3% | 0.76% | $7,637.34 | $1,017,647.73 |
| 01/01/2016-03/31/2016 | 3% | 0.75% | $7,590.65 | $1,025,238.38 |
| 04/01/2016-06/30/2016 | 4% | 0.99% | $10,196.36 | $1,035,434.74 |
| 07/01/2016-09/30/2016 | 4% | 1.01% | $10,410.93 | $1,045,845.67 |
| 10/01/2016-11/30/2016 | 4% | 0.67% | $6,972.30 | $1,052,817.97 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 06/01/2012-11/30/2016 | | | $138,568.41 | $1,052,817.97 |